No. 90–6610.  SANCHEZ *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–6705.  SCOTT *v.* JONES, SUPERINTENDENT, MISSOURI TRAINING CENTER FOR MEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–6756.  SCEIFERS *v.* DUCKWORTH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 90–6806.  KOVANKIAN *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6825.  PAREZ *v.* GENERAL ATOMICS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–6839.  LASKARIS *v.* PENNSYLVANIA.  Sup. Ct. Pa. Certiorari denied.

No. 90–6896.  JV–108162 *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 90–6899.  WALKER *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–6901.  SMITH *v.* UNITED STATES; and
No. 90–7013.  KELLER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 916 F. 2d 628.

No. 90–6907.  CARTER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–6984.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–7048.  SANCHEZ *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–7065.  TILLMAN *v.* SHARP, CHIEF JUDGE, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA. C. A. 7th Cir.  Certiorari denied.

No. 90–7120.  POPE *v.* DEPARTMENT OF THE ARMY.  C. A. Fed. Cir.  Certiorari denied.

No. 90–7140.  SILVERBURG *v.* CORDERY ET AL.  C. A. 6th Cir. Certiorari denied.